AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GUIN, J. FOY, JR. | U.S.DISTRICT COURT, N.D. ALA. | 07/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1729 FIFTH AVENUE NORTH
SUITE 918
BIRMINGHAM, ALABAMA 35203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 2. | Regions Bank (checking) | A | Interest | J | T | | | | | |
| 3. | Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. | ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 5. | AT&T | C | Dividend | L | T | | | | | |
| 6. | FMI Funds | A | Dividend | J | T | | | | | |
| 7. | IRA ACCT. A | B | Div & int | K | T | | | | | |
| 8. | -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 9. | -Teco Energy Inc com. | | | | | Sold | 03/30/11 | J | A | |
| 10. | -Regions Financial Corp com | | | | | | | | | |
| 11. | -Walgreen Cod | | | | | Sold | 05/11/11 | J | A | |
| 12. | -Darden Restaurants, Inc | | | | | | | | | |
| 13. | -Molex, Inc | | | | | | | | | |
| 14. | -Procter & Gamble Co com | | | | | Buy | 04/12/11 | J | | |
| 15. | -Waste Management, Inc com | | | | | Buy | 11/04/11 | J | | |
| 16. | IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 17. | -Applied Materials, Inc | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 19. -Lowes Cos, Inc com | | | | | | | | | |
| 20. -IBM | | | | | Sold | 01/27/11 | J | A | |
| 21. -Ares Cap Corp | | | | | | | | | |
| 22. -Masco Corp | | | | | Sold | 04/21/11 | J | A | |
| 23. -Genuine Parts Co | | | | | Distributed | 12/09/11 | K | | Trans to brokerage acct #1 |
| 24. -Intel Corp | | | | | | | | | |
| 25. -Paychex, Inc | | | | | Sold | 03/03/11 | J | A | |
| 26. -Pepsico, Inc | | | | | | | | | |
| 27. -Sonoco Peoducts Co | | | | | | | | | |
| 28. -Qualcomm, Inc | | | | | Sold | 06/01/11 | J | A | |
| 29. -Abbott Labs | | | | | | | | | |
| 30. -Raytheon Co | | | | | | | | | |
| 31. -Medtronic, Inc | | | | | | | | | |
| 32. -V F Corp | | | | | Sold | 05/27/11 | J | A | |
| 33. -Avon Products, Inc | | | | | Buy | 09/14/11 | J | | |
| 34. -GAP, Inc | | | | | Buy | 02/17/11 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GAP, Inc | | | | | Sold | 10/06/11 | J | A | |
| 36. -Disney Walt Co Disney com | | | | | Buy | 09/16/11 | J | | |
| 37. -Dow Chem Co | | | | | Buy | 06/20/11 | J | | |
| 38. -McDonalds Corp | | | | | Buy | 02/04/11 | J | | |
| 39. -McDonalds Corp | | | | | Sold (part) | 09/14/11 | J | A | |
| 40. -Thompson Reuters Corp com | | | | | Buy | 11/09/11 | J | | |
| 41. -Walgreen Co | | | | | Buy | 08/23/11 | J | | |
| 42. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 43. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 44. -IBM | | | | | Sold | 01/27/11 | J | A | |
| 45. -V F Corp | | | | | Sold | 05/27/11 | J | A | |
| 46. -Pepsico, Inc | | | | | | | | | |
| 47. -Pepsico, Inc | | | | | Buy (add'l) | 01/31/11 | J | | |
| 48. -Lowes Cos, Inc | | | | | Sold (part) | 12/06/11 | J | A | |
| 49. -Lowes Cos, Inc | | | | | Buy (add'l) | 08/19/11 | J | | |
| 50. -Intel, Corp | | | | | Buy | 05/06/11 | J | | |
| 51. -Walgreen Co | | | | | Buy | 08/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 53. -Barrick Gold com | A | Dividend | J | T | | | | | |
| 54. -Abbott Laboratories com. | A | Dividend | K | T | | | | | |
| 55. -Hewlett-Packard, Inc com | A | Dividend | J | T | | | | | |
| 56. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 57. -Regions Financial Corp | A | Dividend | J | T | Sold (part) | 05/27/11 | J | A | |
| 58. -Regions Financial Corp | | | | | Buy (add'l) | 04/21/11 | J | | |
| 59. -PPG Industries com | | None | | | Sold | 02/18/11 | K | D | |
| 60. -Federated Govt Reserves | A | Dividend | J | T | | | | | |
| 61. -Home Depot Inc com | A | Dividend | J | T | | | | | |
| 62. -General Electric Co com | A | Dividend | J | T | Sold (part) | 04/29/11 | J | A | |
| 63. -General Electric Co com | | | | | Buy (add'l) | 03/28/11 | J | | |
| 64. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 65. -Pfizer, Inc com | A | Dividend | | | Sold | 03/03/11 | J | A | |
| 66. -Kimberly Clark Corp com | A | Dividend | | | Sold | 09/29/11 | J | C | |
| 67. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 68. -Allstate Corp com | A | Dividend | | | Sold | 02/10/11 | J | A | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Chevron Corp com | A | Dividend | K | T | | | | | |
| 70. -3M Company com | A | Dividend | K | T | | | | | |
| 71. -Colgate-Palmolive Co com | A | Dividend | K | T | | | | | |
| 72. -Colgate-Palmolive Co com | | | | | Buy (add'l) | 03/16/11 | J | | |
| 73. -Walgreen Co com | A | Dividend | K | T | | | | | |
| 74. -Walgreen Co com | | | | | Buy (add'l) | 03/22/11 | J | | |
| 75. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 76. -Procter & Gamble Co | | | | | Buy (add'l) | 03/16/11 | J | | |
| 77. -Intel Corp | A | Dividend | K | T | | | | | |
| 78. -Intel Corp | | | | | Buy (add'l) | 03/17/11 | J | | |
| 79. -Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 80. -V F Corp | A | Dividend | K | T | | | | | |
| 81. -Emerson Electric Co | A | Dividend | K | T | | | | | |
| 82. -Emerson Electric Co | | | | | Buy (add'l) | 09/08/11 | J | | |
| 83. -Air Products & Chems, Inc | A | Dividend | J | T | | | | | |
| 84. -Texas Instruments, Inc | A | Dividend | | | Sold | 04/25/11 | J | C | |
| 85. -Diebold, Inc | | None | | | Sold | 02/09/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -McDonalds Corp | A | Dividend | K | T | | | | | |
| 87. -Waste Management, Inc | A | Dividend | K | T | | | | | |
| 88. -Waste Management, Inc | | | | | Buy (add'l) | 11/18/11 | J | | |
| 89. -Becton Dickinson & Co | A | Dividend | K | T | | | | | |
| 90. -Becton Dickinson & Co | | | | | Buy (add'l) | 03/18/11 | J | | |
| 91. -Baxter International, Inc | A | Dividend | K | T | | | | | |
| 92. -Baxter International, Inc | | | | | Buy (add'l) | 03/08/11 | J | | |
| 93. -Baxter International, Inc | | | | | Buy (add'l) | 03/25/11 | J | | |
| 94. -Nucor Corp | A | Dividend | K | T | | | | | |
| 95. -Nucor Corp | | | | | Buy (add'l) | 09/09/11 | J | | |
| 96. -ITT Corp | A | Dividend | | | Sold | 01/12/11 | K | C | |
| 97. -Nokia Corp Sponsored ADR | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 98. -Family Dollar Stores com | A | Dividend | K | T | Buy | 01/18/11 | J | | |
| 99. -Norfolk Southern Corp com | A | Dividend | K | T | Buy | 02/08/11 | J | | |
| 100. -Norfolk Southern Corp com | | | | | Buy (add'l) | 02/08/11 | J | | |
| 101. -Illinois Tool Works, Inc com | A | Dividend | J | T | Buy | 03/04/11 | K | | |
| 102. -Kohls Corp com | A | Dividend | J | T | Buy | 06/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Sigma Aldrich Corp | A | Dividend | J | T | Buy | 11/25/11 | J | | |
| 104. -Genuine Parts Co com | A | Dividend | K | T | Buy | 12/09/11 | K | | Transfer from IRA B |
| 105. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 106. -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 107. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 108. -Kimberly Clark Corp | A | Dividend | | | Sold | 09/29/11 | J | A | |
| 109. -Intel Corp | A | Dividend | J | T | Buy | 03/05/11 | J | | |
| 110. -Emerson Elec Co | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 111. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 112. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 113. -AT&T, Inc | A | Dividend | J | T | | | | | |
| 114. -Abbott Labs | A | Dividend | | | Sold | 11/30/11 | J | A | |
| 115. -Automataic Data Processing, Inc | A | Dividend | | | Sold | 07/28/11 | J | B | |
| 116. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 117. -Chevron Corp | A | Dividend | J | T | | | | | |
| 118. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 119. -Coca Cola Company | | | | | Buy (add'l) | 02/28/11 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Consolidated Edison, Inc | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 121. -Dominion Res, Inc | A | Dividend | J | T | | | | | |
| 122. -Du Pont E I De Nemours & Co | A | Dividend | J | T | | | | | |
| 123. -Du Pont E I De Nemours & Co | | | | | Buy (add'l) | 09/20/11 | J | | |
| 124. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 125. -Emerson Electric Co | | | | | Buy (add'l) | 08/08/11 | J | | |
| 126. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 127. -Genuine Parts Co | A | Dividend | J | T | | | | | |
| 128. -Heinz H J Co | A | Dividend | J | T | | | | | |
| 129. -Lilly Eli & Co | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 130. -Lowes Cos, Inc | A | Dividend | J | T | | | | | |
| 131. -Lowes Cos, Inc | | | | | Buy (add'l) | 08/12/11 | J | | |
| 132. -Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 133. -Paychex, Inc | A | Dividend | | | Sold | 02/25/11 | J | A | |
| 134. -Progressive Energy, Inc | A | Dividend | J | T | | | | | |
| 135. -Regions Finl Corp | A | Dividend | J | T | | | | | |
| 136. -Southern Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Federated Govt Reserves (Money Market Fund) | A | Dividend | J | T | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page9, line 94 in the prior report had a value of .33 as of 12/31/10. This item was not reqortable because of the reduction in value.

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 07/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. FOY, JR. GUIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544